IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:24cr110

KEVIN T. CHRISTIAN, II,
        Defendant.

## ORDER

This matter comes before the Court on a motion to suppress filed by the defendant, Kevin T. Christian, II. (ECF No. 14.) The Court held a hearing on the motion to suppress on October 23, 2024. For the reasons stated from the bench, the Court DENIES Christian's motion to suppress. (ECF No. 14.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 23 October 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge